IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORRAINE A. THROWER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:11-cv-1124-MEF |
| ) | WO |
| JOEL ZIEGLER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiffs' objection (Doc. #27) to the Recommendation of the Magistrate Judge filed on August 9, 2012 are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #24) entered on July 26, 2012 is adopted;

3. The defendants' Motion to Dismiss (Doc. #16) is GRANTED and this case is DISMISSED.

DONE this the 15th day of August, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE